**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-2056**

———————————

ANTHONY G. BRYANT,

    Plaintiff - Appellant,

  v.

AT&T CORPORATION; CRICKET WIRELESS; META CORPORATION,

    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Joseph Dawson, III, District Judge.  (2:23-cv-03967-JD-SVH)

———————————

Submitted:  July 30, 2024         Decided:  August 1, 2024

———————————

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Anthony G. Bryant, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant appeals the district court's order accepting the recommendation of the magistrate judge and denying Bryant's motion to proceed in forma pauperis. *See Roberts v. U.S. Dist. Ct.*, 339 U.S. 844, 845 (1950) (per curiam) (holding that order denying motion to proceed in forma pauperis is appealable interlocutory order). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bryant v. AT&T Corp.*, No. 2:23-cv-03967-JD-SVH (D.S.C. Oct. 3, 2023). We deny as moot Bryant's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*